[No. 13492-0-III.   Division Three.   February 14, 1995.]

DENNIS HINDMAN, ET AL, *Appellants*, v. PUGET SOUND TRUCK LINES, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-2-00750-3, James M. Murphy, J., entered August 24, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Schultheis, J., Sweeney, A.C.J., dissenting.

[No. 12960-8-III.   Division Three.   February 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENTE GOMEZ LOZANO, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 92-1-00264-4, Donald W. Schacht, J., entered November 30, 1992. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Munson, J.

[Nos. 13673-6-III; 13674-4-III.   Division Three.   February 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE J. RUSSELL, *Appellant*.

Appeals from judgments of the Superior Court for Walla Walla County, Nos. 93-1-00147-6, 93-1-00193-0, Yancey Reser, J., entered November 17, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Sweeney and Schultheis, JJ.